## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| SubAir Systems, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-02620-RBH |
| | ) | |
| PrecisionAire Systems, Inc., | ) | |
| Precision Small Engine Company, | ) | |
| and Andrew M. Masciarella, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' RULE 11 MOTION

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Defendants PrecisionAire

Systems, Inc., Precision Small Engine Company, and Andrew M. Masciarella, (collectively

"Defendants") hereby move this Court for an Order dismissing this case with prejudice and

awarding reasonable attorneys fees and costs.  The basis for this motion is that Plaintiff SubAir

Systems, LLC failed to conduct a reasonable inquiry into the structure and operation of the

products accused of infringing Plaintiff's patents before filing the present Complaint alleging

infringement of U.S. Patent Nos. 5,433,759, 5,507,595, 5,542,208, 5,617,670, 5,636,473, and

7,033,108.  As a result, the allegations and factual contentions in the Complaint lack evidentiary

support.  Furthermore, since the filing of the present litigation, Defendants have provided

Plaintiff an opportunity to view the product accused of infringement to resolve any questions

Plaintiff may have regarding the structure or operation of the accused product.  Despite this

inspection, Plaintiff has not withdrawn any allegations of infringement and Plaintiff's discovery

responses confirm that Plaintiff's allegations and factual contentions continue to lack evidentiary

support.

The bases and legal authority of this Motion are set forth more fully in a Memorandum in

Support filed contemporaneously herewith and incorporated herein by reference.

Defendants respectfully request the Court enter an Order:

1.      dismissing this action with prejudice;

2.      sanctioning Plaintiff for violation of Rule 11;

3.      awarding Defendants their attorneys fees and costs incurred in this action; and

4.      awarding such other and further relief as the Court may determine is just and

proper.

                                        Respectfully submitted,

                                        Attorneys for Defendants

September 6, 2007                       *s/ Steven R. LeBlanc*
                                        Steven R. LeBlanc (Fed. ID #7000)
                                        Rodney K. E. Mintz (Fed. ID #9787)
                                        DORITY & MANNING, P.A.
                                        P.O. Box 1449
                                        Greenville, S.C. 29602-1449
                                        Tel: 864-271-1592
                                        Fax: 864-233-7342

2

## Certificate of Service

I hereby certify that on September 6, 2007, I electronically filed **DEFENDANT'S RULE 11**

**MOTION** with the Clerk of the Court using the CM/ECF system which will automatically send

e-mail notification of such filing to the following attorney of record:

> **Cort Flint**
> McNair Law Firm, P.A.
> P.O. Box 10827
> Greenville, SC 29603-0827
> 864-232-4261
> 864-232-4437 (fax)
> cflint@mcnair.net


DATE:  September 6, 2007                  *s/ Steven R. LeBlanc*
                                          Steven R. LeBlanc (Fed. ID #7000)
                                          DORITY & MANNING, P.A.
                                          P.O. Box 1449
                                          Greenville, S.C. 29602-1449
                                          Tel: 864-271-1592
                                          Fax: 864-233-7342
                                          srl@dority-manning.com