# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| SubAir Systems, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-02620-RBH |
| | ) | |
| PrecisionAire Systems, Inc., | ) | |
| Precision Small Engine Company, | ) | |
| and Andrew M. Masciarella, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DEFENDANTS' MEMORANDUM IN SUPPORT OF RULE 11 MOTION</u>**

# Exhibit 6

WELLINGTON M. MANNING, JR.
JULIAN W. DORITY
JAMES M. BAGARAZZI
RICHARD M. MOOSE
STEPHEN E. BONDURA
TIMOTHY A. CASSIDY
JEFFREY M. KARMILOVICH
TIM F. WILLIAMS
JASON W. JOHNSTON
STEVEN R. LE BLANC
NEIL M. BATAVIA
ALAN R. MARSHALL
ERIC G. ZAISER
CHRISTINA MANGELSEN*
HARRY E. MOOSE, JR.*
JENNIFER L. ULSH*
RYAN P. HARRIS*

*PATENT AGENT ONLY

# DORITY & MANNING
ATTORNEYS AT LAW, P.A.

55 BEATTIE PLACE, SUITE 1600
GREENVILLE, SC 29601 USA

TELEPHONE (864) 271-1592
FACSIMILE (864) 233-7342
www.dority-manning.com

PATENTS, TRADEMARKS,
COPYRIGHTS & RELATED LITIGATION

MAILING ADDRESS
P.O. BOX 1449
GREENVILLE, SC 29602 USA

May 22, 2007

**VIA U.S. MAIL**

Cort R. Flint, Esq.
McNair Law Firm
Bank of America Plaza
101 North Main Street
Suite 900
Greenville, SC 29601

> RE: SubAir Systems, LLC v. Precision Small Engine Company, et al.
> Case No.: 1:06-cv-02620-RBH

Dear Cort:

As counsel for SubAir, please find enclosed and served upon you Defendants' Rule 11 Motion for the above referenced case. As required by Rule 11, this motion is being served upon you as counsel for SubAir - but has not been filed. SubAir and its counsel are encouraged to take appropriate remedial action during the 21 day period provided by Rule 11. The basis for the motion is clearly set forth therein and in our previous correspondence on this matter, which you are encouraged to review.

Please contact me with any questions.

Sincerely,

Steven R. LeBlanc

SRL/db

Enclosures: Defendants' Rule 11 Motion